# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

KATHLEEN M. BROWN, et al., )
)
Plaintiff, )
)
v. ) Case No. 05-481-CV-W-FJG
)
METABOLIFE INTERNATIONAL, INC., )
)
Defendants. )

## ORDER

On July 22, 2005, Defendant Metabolife International, Inc. and Alpine Health Products, LLC filed a Notice of Stay (Doc. #5), stating that they had filed a petition for relief under Chapter 11 in the United States Bankruptcy Court for the Southern District of California. The Bankruptcy Court entered an Order for Relief on June 30, 2005. Defendants suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Accordingly, the Court hereby **ORDERS** that the above captioned matter is stayed until further order of this Court. The parties shall file a joint report on or before October 1, 2005, outlining the status of this case.

Date:  August 9, 2005
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge